**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Leonard Brown,<br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>United States of America,<br>　　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CV 09-8168 ABC<br>　　　CR 03-847 ABC<br><br><br>JUDGMENT |

　　　On September 7, 2010, the Court issued a minute order denying Petitioner Leonard Brown's ("Petitioner") motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 and denying a certificate of appealability.  On January 31, 2011, the Court issued a minute order denying Petitioner's motion for reconsideration, as amended.

　　　Accordingly, it is ORDERED that judgment be entered as follows:

　　　1)　　Judgment against Petitioner and in favor of the
　　　　　　Government be entered on all claims raised by
　　　　　　Petitioner;
　　　2)　　Petitioner shall not be granted a certificate of

```
                appealability by this Court; and
   3)           Petitioner shall take nothing by reason of his
                claims raised in his motion to vacate, set aside or
                correct his sentence pursuant to 28 U.S.C. § 2255.


   DATED:       February 17, 2011


                            _____
                                  Audrey B. Collins
                            CHIEF UNITED STATES DISTRICT JUDGE
```

2